# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>PATRICK MORRISEY, in his official capacity as ATTORNEY GENERAL OF THE STATE OF WEST VIRGINIA,<br><br>ALLAN L. MCVEY, in his official capacity as INSURANCE COMMISSIONER OF WEST VIRGINIA,<br><br>and<br><br>JOHN BERNABEI, in his official capacity as BOARD PRESIDENT OF THE WEST VIRGINIA BOARD OF PHARMACY, and JAMES RUCKER, JENNA MISITI, SAM KAPOURALES, DAVID G. BOWYER, DENNIS LEWIS, and ROBERT DUNCAN, in their official capacities as MEMBERS OF THE WEST VIRGINIA BOARD OF PHARMACY,<br><br>*Defendants*. | Civil Action No. 2:24-cv-00272 |

**JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF
TO RESPOND TO DEFENDANTS' MOTION TO CONSOLIDATE**

Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") and Defendants Patrick Morrisey, Allan McVey, John Bernabei, James Rucker, Jenna Misiti, Sam Kapourales, David G. Bowyer, Dennis Lewis, and Robert Duncan, in their respective official capacities (collectively, "Defendants"), by and through undersigned counsel, jointly move the Court to enter an order

1

providing Novartis with a 14-day extension of time to respond to Defendants' Motion to Consolidate. *See* ECF No 58.  In support of this Joint Motion, the parties state as follows:

1. On November 5, 2024, Defendants filed a Motion to Consolidate the above-styled action with *Pharmaceutical Research and Manufacturers of America v. Morrisey et al.* (Civil Action No. 2:24-cv-271); *AstraZeneca Pharmaceuticals LP v. McVey, et al.* (Civil Action No. 2:24-cv-290); and *AbbVie, Inc. et al. v. Morrisey, et al.* (Civil Action No. 2:24-cv-298).

2. On November 22, 2024, this Court entered an order suspending the briefing schedule on Defendants' Motion to Consolidate until after the Court had occasion to rule on Novartis's Motion for Preliminary Injunction. *See* ECF No. 61. Therein, the Court ordered "that [Novartis's] response to [Defendants'] motion to consolidate . . . shall be due fourteen days following the Court's ruling to the motion for a preliminary injunction." *Id.* at 1.

3. On December 17, 2024, this Court entered an order granting Novartis's Motion for Preliminary Injunction. *See* ECF No. 65. According to this Court's Order of November 22, 2024, Novartis has until December 31, 2024, to respond to Defendants' Motion to Consolidate.

4. In light of Novartis's response deadline falling on New Year's Eve, and to otherwise facilitate the orderly litigation of this case, the Parties **AGREE** and **STIPULATE** that Novartis should be afforded additional time to respond to Defendants' Motion to Consolidate.

5. Accordingly, the Parties ask the Court to enter an order extending Novartis's deadline to respond to Defendants' Motion to Consolidate until January 14, 2025.

6. Furthermore, this 14-day extension for Novartis to respond to Defendants' Motion to Consolidate will not prejudice any party to this action.

Respectfully submitted,

*/s/ Blake N. Humphrey*
Carte P. Goodwin (WV Bar No. 8039)
Blake N. Humphrey (WV Bar No. 14132)
FROST BROWN TODD LLP
500 Virginia Street E, Suite 1100
Charleston, WV 25301
Telephone: 304-345-0111
Facsimile: 304-345-0115
cgoodwin@fbtlaw.com
bhumphrey@fbtlaw.com

Catherine E. Stetson*
Susan M. Cook*
Marlan Golden*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: 202-637-5600

***Counsel for Novartis Pharmaceuticals Corporation***

*/s/ J.H. Mahaney*
J.H. Mahaney (WV Bar No. 6993)
DINSMORE & SHOHL LLP
611 Third Avenue
Huntington, West Virginia 25701
Telephone: 304-691-8320
John.Mahaney@dinsmore.com

Bryan Murray*
DINSMORE & SHOHL LLP
1300 Six PPG Place
Pittsburgh, Pennsylvania 15222
Telephone: 412-339-5603
Bryan.Murray@dinsmore.com

Sarah Reddick*
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky 40202
Telephone: 503-540-2397
Sarah.Reddick@dinsmore.com

***Special Assistant Attorneys General***

***Counsel for Defendants***

*\*Admitted pro hac vice*