IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

NOVARTIS PHARMACEUTICALS CORPORATION,

        Plaintiff,

v.                                                                       CIVIL ACTION NO. 2:24-cv-00272

PATRICK MORRISEY,
*in his official capacity as Attorney General*
*of the State of West Virginia,* et al.,

        Defendants.

### ORDER

Pending before the Court is a joint stipulation and motion by both parties to extend the deadline to respond to the Defendants' motion to consolidate. (ECF No. 66.) For good cause shown, the Court **GRANTS** the request for an extension. The Court **ORDERS** that Plaintiff's response to the motion to consolidate, (ECF No. 58), shall be due January 14, 2025.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:      December 30, 2024

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE